IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LAINE ALEXANDER,              )
                              )
        Plaintiff,             )
                              )
    v.                         )        1:05CV00858
                              )
BANK OF AMERICA,              )
                              )
        Defendant.             )

### J-U-D-G-M-E-N-T

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 3, 2005, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's complaint [Pleading No. 2] be, and the same is hereby, **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

This the day of March 21, 2006

                                          /s/ N. Carlton Tilley, Jr.
                                          United States District Judge